UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-23324-CIV-BLOOM/OTAZO-REYES

ROBIN LANDAU and ERIC
LANDAU, individually and
jointly, CHERI OQUIST, and
JEFFREY DETWILER,

    Plaintiffs,

v.

JOHN LEFKUS,

    Defendant.
_____/

**REPORT AND RECOMMENDATION RE:
AMENDED MOTION FOR ENTRY OF FINAL JUDGMENT [D.E.22]**

THIS CAUSE came before the Court upon Plaintiffs Robin Landau and Eric Landau, individually and jointly, Cheri Oquist, and Jeffrey Detwiler's (collectively, "Plaintiffs") Amended Motion for Entry of Final Judgment (hereafter, "Amended Motion") [D.E. 22]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 4]. In the Amended Motion, Plaintiffs report that all parties, including Defendant John Lefkus ("Defendant" or "Lefkus") are in agreement regarding the proposed pre-judgment interest and attorney's fees awards set forth therein. See Amended Motion [D.E. 22 at 5-6].[1] Therefore, the undersigned respectfully recommends that Plaintiffs' Amended Motion be GRANTED, and that final judgments be entered against Defendant and in favor of Plaintiffs Robin Landau and Eric Landau, Cheri Oquist, and Jeffrey Detwiler, respectively, in the forms attached hereto as Exhibits A-C.

Pursuant to Local Magistrate Judge Rule 4(b), the parties have **fourteen days** from the date

---

[1] These were the points of contention that were resolved in the Amended Motion, after the hearing held before the undersigned on February 28, 2023 [D.E. 20].

of this Report and Recommendation to file written objections, if any, with the Honorable Beth Bloom, United States District Judge.  Failure to file timely objections may bar the parties from attacking the factual findings contained herein on appeal.  See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions."  See 11th Cir. R. 3-1 (I.O.P. - 3).

      RESPECTFULLY SUBMITTED in Chambers at Miami, Florida this 16th day of March, 2023.

                                                                      ALICIA M. OTAZO-REYES
                                                                      UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Beth Bloom
        Counsel of Record

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-23324-CIV-BLOOM/OTAZO-REYES

ROBIN LANDAU and ERIC
LANDAU, individually and
jointly, CHERI OQUIST, and
JEFFREY DETWILER,
    Plaintiffs,

v.

JOHN LEFKUS,
    Defendant.
_____/

**FINAL JUDGMENT**

It is hereby

ORDERED AND ADJUDGED that John Lefkus recovers nothing against John Detwiler on all Counts of the Second Amended Statement of Claim in the matter of John <u>Lefkus v. Cheri Oquist, Robin Landau, Eric Landau, and Jeffrey Detwiler</u>, in American Arbitration Association Case No. 01-20-0005-5947, in Miami, Florida; and John Detwiler recovers from John Lefkus the sum of Three Hundred Thirty One Thousand Seven Hundred Twenty Eight and 86/100 ($331,728.86), plus pre-judgment interest from March 11, 2023 through the date of entry of this Final Judgment at a per diem rate of $84.20, together with post judgment interest, which shall accrue at the rate of 9.75% per annum from the date of entry of this Final Judgment until the date of payment.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of March, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-23324-CIV-BLOOM/OTAZO-REYES

ROBIN LANDAU and ERIC
LANDAU, individually and
jointly, CHERI OQUIST, and
JEFFREY DETWILER,
    Plaintiffs,

v.

JOHN LEFKUS,
    Defendant.
_____/

**FINAL JUDGMENT**

It is hereby

ORDERED AND ADJUDGED that John Lefkus recovers nothing against Robin Landau and Eric Landau on all Counts of the Second Amended Statement of Claim in the matter of John Lefkus v. Cheri Oquist, Robin Landau, Eric Landau, and Jeffrey Detwiler, in American Arbitration Association Case No. 01-20-0005-5947, in Miami, Florida; and Robin Landau and Eric Landau jointly recover from John Lefkus the sum of Four Hundred Seventy Two Thousand Six Hundred Sixty Eight and 56/100 ($472,668.56), plus pre-judgment interest from March 11, 2023 through the date of entry of this Final Judgment at a per diem rate of $118.50, together with post judgment interest, which shall accrue at the rate of 9.75% per annum from the date of entry of this Final Judgment until the date of payment.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of March, 2023.

                                          _____
                                          BETH BLOOM
                                          UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

**EXHIBIT C**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-23324-CIV-BLOOM/OTAZO-REYES

ROBIN LANDAU and ERIC
LANDAU, individually and
jointly, CHERI OQUIST, and
JEFFREY DETWILER,
    Plaintiffs,

v.

JOHN LEFKUS,
    Defendant.
_____/

**FINAL JUDGMENT**

It is hereby

ORDERED AND ADJUDGED that John Lefkus recovers nothing against Cheri Oquist on all Counts of the Second Amended Statement of Claim in the matter of John <u>Lefkus v. Cheri Oquist, Robin Landau, Eric Landau, and Jeffrey Detwiler</u>, in American Arbitration Association Case No. 01-20-0005-5947, in Miami, Florida; and Cheri Oquist recovers from John Lefkus the sum of Three Hundred Sixty Eight Thousand Four Hundred Seventy and 56/100 ($368,470.56), plus pre-judgment interest from March 11, 2023 through the date of entry of this Final Judgment at a per diem rate of $93.04, together with post judgment interest, which shall accrue at the rate of 9.75% per annum from the date of entry of this Final Judgment until the date of payment.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of March, 2023.

                                              _____
                                              BETH BLOOM
                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record