## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 22-cv-23324-BLOOM/Otazo-Reyes

ROBIN LANDAU, *et al.*,

      Plaintiffs,

v.

JOHN LEFKUS,

      Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the Plaintiffs' Amended Motion for Entry of Final Judgment, ECF No. [22], filed on March 10, 2023 ("Motion"). The Motion was previously referred to the Honorable Alicia M. Otazo-Reyes for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [4]. On March 16, 2023, the Magistrate Judge issued a R&R recommending that the Motion be granted. ECF No. [24]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. Plaintiff Jeffrey Detwiler filed a Notice of Typographical Error in the proposed final judgment, ECF No. [24], but otherwise no substantive objections have been filed.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **GRANTED** for the reasons set forth therein.

Case No. 22-cv-23324-BLOOM/Otazo-Reyes

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.      The R&R, **ECF No. [24]**, is **ADOPTED**;

2.      The Motion, **ECF No. [22]**, is **GRANTED**;

3.      Final Judgment will be issued separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 31, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record